UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARGARITA GONZALEZ,

                Plaintiff,

    v.

SUTTON PARK CENTER FOR NURSING & REHABILITATION,

                Defendant.

No. 23-CV-8788 (KMK)

ORDER

---

KENNETH M. KARAS, United States District Judge:

    On June 7, 2024, Defendant filed a Motion to Dismiss. (Dkt. No. 24.) Plaintiff did not file her Opposition; rather, she filed a second amended complaint on July 21, 2024. (Dkt. No. 27.) On July 23, 2024, Plaintiff sent a letter requesting a 30-day extension to the already-passed deadline to file her Opposition (from July 7, 2024, to August 6, 2024). (Dkt. No. 28.)

    On July 25, 2024, the Court noted that Plaintiff had already amended her complaint once as a matter of course, and that she required Defendant's consent or the Court's leave to file a further amended complaint. (*See* Dkt. No. 29.) The Court informed Plaintiff that if she did not either request leave to amend or file her Opposition within 14 days, the Court would deem Defendant's Motion fully submitted. (*Id.*) Plaintiff did neither. As such, the Court now considers the Motion fully submitted.

SO ORDERED.

DATED:    October 10, 2024
                White Plains, New York

                                                                   KENNETH M. KARAS
                                                                   UNITED STATES DISTRICT JUDGE