UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Margarita Gonzalez, Pro Se,

               Plaintiff,               23 Civ. 08788 (KMK)

   -against-

Sutton Park Center for Nursing &             CALENDAR NOTICE
Rehabilitation,

               Defendant.
-------------------------------------------------------X

Please take notice that the above captioned action has been scheduled for a status conference before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, August 5, 2025 at 2:00 p.m. Counsel shall submit a proposed case management and discovery schedule via ECF by 5:00 p.m. on the evening before the initial conference.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number at the designated time:

Meeting Dial-In Number (USA toll-free): (605) 472-5160  Access Code: 4653066

Counsel involved in any Pro Se cases shall mail a copy of this Notice to or otherwise inform the Pro Se party of the above teleconference information. Counsel in any Pro Se inmate cases shall ensure that the Pro Se party is on the line before calling the above-referenced number. Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

Dated: July 25, 2025
       White Plains, New York

                                                                    So Ordered

                                                                    Kenneth M. Karas, U.S.D.J